WILLIAM L. HAMES, WSBA #12193
JOHN W. O'LEARY, WSBA #33004
HAMES, ANDERSON & WHITLOW, PS
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 09-03145-FLK11 |
| KKE MOON I, INC., dba Tumbleweeds, | FINDINGS OF FACT AND CONCLUSIONS OF LAW |
| Debtor. | |

This matter having come before the above-entitled Court for confirmation, which confirmation was held by telephone conference on this 25th day of January 2010, and the Court having read the declaration of Eve Moon, Debtor's President, and having reviewed the Plan and having heard the arguments of counsel, makes the following

## FINDINGS OF FACT

I.

The Debtor filed the above-captioned Chapter 11 proceeding on the 3rd day of June 2009. Debtor filed its Motion for Order Granting Conditional Approval of Disclosure Statement and Notice Thereof on the December 1, 2009.

FINDING OF FACT AND
CONCLUSIONS OF LAW - 1

HAMES, ANDERSON & WHITLOW, PS
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

II.

The above entitled Court conducted a hearing on the Motion for Order Granting Conditional Approval of Disclosure Statement on December 17, 2009. The Order Granting Motion for Order Granting Conditional Approval of Disclosure Statement and Setting Deadlines was entered on December 21, 2009.

III.

The Disclosure Statement and Plan were filed on December 21, 2009, Docket numbers 81 and 82. Pursuant to the Order Granting Motion, the Debtor transmitted the combined Disclosure Statement and Plan of Reorganization, Lists Classifying Claims and Interest and Ballot to all parties on the master mailing list on December 21, 2009. There have been no objections to the Disclosure Statement or Plan.

IV.

The Plan contains no unusual classifications of claims or interest. Similar claims are classified together and are treated equally within each class. The Plan provides for the same treatment for each claim or interest within a particular class.

V.

Debtor did not solicit acceptances or rejections of the Plan, except as authorized by the Order.

VI.

The Plan has been proposed in good faith and not by any means forbidden by law.

VII.

Debtors attorney, Hames, Anderson And Whitlow, and E. Kent Oswalt, CPA for debtor, will only be compensated subject to court approval after notice and hearing.

FINDING OF FACT AND
CONCLUSIONS OF LAW - 2

HAMES, ANDERSON & WHITLOW, PS
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

VII.

Debtor will continue operating its business under the Management of Eve Moon and Keith Moon, whose identity and compensation has been disclosed. The continuance in office of such individuals is consistent with the interests of creditors, equity security holders and public policy.

VII.

No objections to confirmation of the Plan were filed.

VIII.

Debtor and the United States of America, Internal Revenue Service, have agreed that Article III, Paragraph 3.3 of the Plan will be amended to add:

> The debtor will file all post-petition federal tax returns as they become due, including making timely deposits of payroll taxes. All tax returns, certifications, and copies of federal tax deposit receipts will be provided to the local Spokane office.

IX.

All unsecured claims will be paid in full.

X.

The Declaration of Eve Moon and the Liquidation Analysis indicate creditors will receive a greater distribution under the Plan than would be received if the assets of the Debtor were liquidated by a chapter 7 trustee or by any other means.

XI.

Confirmation of the Plan is not likely to be followed by the need for further financial reorganization of Debtor.

FINDING OF FACT AND
CONCLUSIONS OF LAW - 3

HAMES, ANDERSON & WHITLOW, PS
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

XII.

The Plan provides for payment of the administrative claims upon the date of confirmation or upon allowance by the Court.

XIII.

The Plan provides for payment of all US Trustee's fees, when due, through the closing of the case.

## CONCLUSIONS OF LAW

I.

Debtor's Plan complies with the provisions of Chapter 11 and other applicable provisions of Title 28 USC.

II.

The holder of each secured claim has accepted the Plan or will receive full payment of its secured claim and will retain its lien until such payment has been made.

III.

.Provisions of the Plan at Article III, Paragraph 3.3, will be amended to add the following sentence:

> The debtor will file all post-petition federal tax returns as they become due, including making timely deposits of payroll taxes. All tax returns, certifications, and copies of federal tax deposit receipts will be provided to the local Spokane office.

IV.

The Pan has been proposed in good faith and not by any means forbidden by law.

FINDING OF FACT AND
CONCLUSIONS OF LAW - 4

HAMES, ANDERSON & WHITLOW, PS
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

09-03145-FLK11    Doc 98    Filed 02/01/10    Entered 02/01/10 16:04:19    Pg 4 of 5

V.

The Disclosure Statement should be approved and the Plan of Reorganization confirmed.

Presented by:

HAMES, ANDERSON & WHITLOW, PS

By _____
William L. Hames, WSBA #12193

_____
Frank L. Kurtz
Bankruptcy Judge

02/01/2010 14:07:34

FINDING OF FACT AND
CONCLUSIONS OF LAW - 5

P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax